IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-J-32

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT D. BERNHARDT,

    Defendant,

    and

PETSMART, INC.,,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT
( Docket No. 10 )

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

**ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 7th day of December, 2005.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE